**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY _____ D.C.

05 JUN -6  AM 8: 18

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 03-20466-01-Ma |
| | ) | |
| RODOLFO M. BELTRAN, | ) | |
| | ) | |
| Defendant. | ) | |

---

### ORDER ON CHANGE OF PLEA

---

This cause came on to be heard on May 25, 2005, the United States Attorney for this district appearing for the Government and the defendant, Rodolfo M. Beltran, appearing in person and with retained counsel, Mr. Carlos Perez Olivo.

With leave of the Court, the defendant entered a plea of guilty to Counts 1 and 2 of the Indictment.  Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Friday, September 2, 2005 at 9:00 a.m.**

The defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the ____3d____ day of June, 2005.

_signature_

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6-6-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 121 in
 case 2:03-CR-20466 was distributed by fax, mail, or direct printing on
June 6, 2005 to the parties listed.

---

Carlos Perez Olivo
LAW OFFICE OF CARLOS PEREZ OLIVO
80-02 Kew Gardens Road
Ste. 1040
Kew Gardens, NY 11415

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT